**Fill in this information to identify your case:**

Debtor 1: Edward Vincent Giannasca
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 104
## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**
Michael C. McCrary
Creditor's Name
1 South Street, Suite 2300
Number    Street
c/o Kenny Frank
Baltimore    MD    21202
City    State    ZIP Code
Contact
Contact phone

What is the nature of the claim? 2005 prior business debt    $ 15,855,722.44

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
  Value of security:    − $_____
  Unsecured claim    $_____

**2**
MR Crescent City LLC
Creditor's Name
1 South Street, Suite 2300
Number    Street
c/o Kenny Frank
Baltimore    MD    21202
City    State    ZIP Code
Contact
Contact phone

What is the nature of the claim? 2005 prior business debt    $ 12,000,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
  Value of security:    − $_____
  Unsecured claim    $_____

Debtor 1  **Edward  Vincent  Giannasca**    Case number (if known) _____
First Name  Middle Name  Last Name

|   |   |   | Unsecured claim |
|---|---|---|---|
| 3 | **MR Crescent City LLC** <br> Creditor's Name <br> **1 South Street, Suite 2300** <br> Number  Street <br> **c/o Kenny Frank** <br><br> **Baltimore**  **MD**  **21202** <br> City  State  ZIP Code <br><br> _____ <br> Contact <br><br> _____ <br> Contact phone | What is the nature of the claim? **2005 prior business debt** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br> ☐ None of the above apply <br> Does the creditor have a lien on your property? <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):  $ _____ <br>  Value of security:  − $ _____ <br>  Unsecured claim  $ _____ | $ **11,705,722.44** |
| 4 | **MR Crescent City LLC** <br> Creditor's Name <br> **1 South Street, Suite 2300** <br> Number  Street <br> **c/o Kenny Frank** <br><br> **Baltimore**  **MD**  **21202** <br> City  State  ZIP Code <br><br> _____ <br> Contact <br><br> _____ <br> Contact phone | What is the nature of the claim? **2005 prior business debt** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br> ☐ None of the above apply <br> Does the creditor have a lien on your property? <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):  $ _____ <br>  Value of security:  − $ _____ <br>  Unsecured claim  $ _____ | $ **2,150,000.00** |
| 5 | **Shar, Rosen & Warshaw, LLC** <br> Creditor's Name <br> **26 South Street** <br> Number  Street <br><br> **Baltimore**  **MD**  **21202** <br> City  State  ZIP Code <br><br> _____ <br> Contact <br><br> _____ <br> Contact phone | What is the nature of the claim? **legal services** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> Does the creditor have a lien on your property? <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):  $ _____ <br>  Value of security:  − $ _____ <br>  Unsecured claim  $ _____ | $ **137,229.10** |
| 6 | **Murphy & Shafer, LLC** <br> Creditor's Name <br> **100 East Pratt Street** <br> Number  Street <br> **# 2440** <br><br> **Baltimore**  **MD**  **21202** <br> City  State  ZIP Code <br><br> _____ <br> Contact <br><br> _____ <br> Contact phone | What is the nature of the claim? **legal services** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> Does the creditor have a lien on your property? <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):  $ _____ <br>  Value of security:  − $ _____ <br>  Unsecured claim  $ _____ | $ **118,000.00** |
| 7 | **Shapiro, Sher, Guinot & Sandler PA** <br> Creditor's Name <br> **250 W Pratt Street, Suite 2000** <br> Number  Street <br><br> **Baltimore**  **MD**  **21201** <br> City  State  ZIP Code <br><br> _____ <br> Contact <br><br> _____ <br> Contact phone | What is the nature of the claim? **legal services** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> Does the creditor have a lien on your property? <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured):  $ _____ <br>  Value of security:  − $ _____ <br>  Unsecured claim  $ _____ | $ **77,000.00** |

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

Debtor 1  Edward  Vincent  Giannasca    Case number (if known)_____
         First Name  Middle Name  Last Name

Unsecured claim

**8** American Express Centurian Bank — What is the nature of the claim? 2006 credit card   $ 74,112.81
Creditor's Name
4315 South 2700 west
Mail code:02-01-47
Salt Lake City   UT   84184

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:              – $_____
       Unsecured claim                    $_____

**9** Law Offices of Emile L. Turner LLC — What is the nature of the claim? legal services   $ 33,000.00
Creditor's Name
424 Gravier St

New Orleans   LA   70130

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:              – $_____
       Unsecured claim                    $_____

**10** Chrysler Financial Services Americ — What is the nature of the claim? 2005/2006 auto loan   $ 29,176.00
Creditor's Name
101 E Chesapeake Ave

Towson   MD   21286

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:              – $_____
       Unsecured claim                    $_____

**11** BGE — What is the nature of the claim? electric service   $ 27,973.28
Creditor's Name
P. O. Box 1475

Baltimore   MD
                 21203

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:              – $_____
       Unsecured claim                    $_____

**12** Sally B. Gold, Esq — What is the nature of the claim? legal services   $ 25,972.57
Creditor's Name
201 N. Charles Street, #1630

Baltimore   MD   21201

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:              – $_____
       Unsecured claim                    $_____

Debtor 1 __Edward__ __Vincent__ __Giannasca__   Case number (if known) _____
First Name   Middle Name   Last Name

**Unsecured claim**

**13** LVNV Funding LLC
Creditor's Name
4330 East West Hwy
Number    Street
# 900

Bethesda                MD    20814
City                    State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __store credit card__    $ 10,188.53

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                      − $_____
    Unsecured claim                           $_____

**14** DCA, LLC
Creditor's Name
6100 Balto. National Pike
Number    Street

Baltimore               MD    21228
City                    State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __accounting services__    $ 10,174.90

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                      − $_____
    Unsecured claim                           $_____

**15** Stuart C. Fisher Esq.
Creditor's Name
P. O. Box 311
Number    Street

Palm Beach              FL    33480
City                    State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __financial consulting__    $ 10,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                      − $_____
    Unsecured claim                           $_____

**16** _____
Creditor's Name
_____
Number    Street

_____
City      State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                      − $_____
    Unsecured claim                           $_____

**17** _____
Creditor's Name
_____
Number    Street

_____
City      State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                      − $_____
    Unsecured claim                           $_____

Debtor 1  **Edward** **Vincent** **Giannasca**   Case number (if known) _____
          First Name  Middle Name  Last Name

Unsecured claim

### 18

Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
           Value of security:  − $ _____
           Unsecured claim    $ _____

### 19

Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
           Value of security:  − $ _____
           Unsecured claim    $ _____

### 20

Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
           Value of security:  − $ _____
           Unsecured claim    $ _____

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ *[signature: Edw. V. Giannasca]*     ✗ _____
Signature of Debtor 1              Signature of Debtor 2

Date  05/05/2016           Date _____
      MM / DD / YYYY             MM / DD / YYYY